IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMI SPANGLER,                                                                                      PLAINTIFF
ON BEHALF OF J. C.

V.                              CIVIL NO. 2:20-cv-02057-MEF

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                              DEFENDANT

# FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

For the reasons announced by the Court on the record on May 14, 2021, the Court finds that the decision of the Commissioner of Social Security is not supported by substantial evidence, and the same is hereby reversed and remanded for further proceedings not inconsistent with the Court's ruling pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this the 18th day of May 2021.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE